**Alan Lewis DOERING Plaintiff-Appellant**

**v.**

**Bill HOLLENBECK, Sheriff Defendant-Appellee**

**Jane Does, Head Nurse and Nurse located at Sebastian County Jail Defendant**

**Officer John Devane; William Hayes, Dr.; Tim Grant; Director of Nurses Cindy Moore Defendants-Appellees**

**Ana Bazar Defendant**

**Officer John Schuch Defendant-Appellee**

**No. 16-3880**

United States Court of Appeals, Eighth Circuit.

Submitted: June 27, 2017

Filed: June 30, 2017

Alan Lewis Doering, Pro Se

JaNan A. Davis, Thomas J. Diaz, Jason E. Owens, Michael R. Rainwater, Rainwater & Holt, Little Rock, AR, for Defendants-Appellees Bill Hollenbeck, Sheriff, Officer John Devane, William Hayes, Dr., Director of Nurses Cindy Moore, Officer John Schuch

Constance G. Clark, William F. Clark, Don A. Taylor, Davis & Clark, Fayette-

ville, AR, for Defendant-Appellee Tim Grant

Before LOKEN, ARNOLD, and MURPHY, Circuit Judges.

PER CURIAM.

Arkansas inmate Alan Lewis Doering appeals the district court's [1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action arising from his pretrial detention at the Sebastian County Detention Center. Upon de novo review of the record, we find no basis for overturning the district court's disposition of Mr. Doering's claims. See Cullor v. Baldwin, 830 F.3d 830, 836 (8th Cir. 2016) (in considering summary judgment, viewing record in light most favorable to non-moving party and drawing all reasonable inferences from it in his favor). The judgment of the district court is affirmed, but we amend the dismissal of the claims that the district court found had not been administratively exhausted, to be without prejudice. See 8th Cir. R. 47B.

---

1. The Honorable P.K. Holmes, III, Chief Judge, United States District Court for the Western District of Arkansas, adopting the report and recommendations of the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas.